IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RAY CHRIS MOBLEY,

    Plaintiff,

vs.                              CASE NO. 5:11-cv-142/RS-GRJ

CORRECTIONS CORPORATION
OF AMERICA, et al.,

    Defendants.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 10). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's Motion to Proceed in Forma Pauperis (Doc. 2) is **GRANTED**.

3. Plaintiff's Motion for Leave to Amend (Doc. 4) is **DENIED**.

4. This case is dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)

5. The clerk is directed to close the file.

**ORDERED** on January 26, 2012.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**